**Order entered September 18, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01287-CV

**IN RE PHYICIANS AND ALLIED HEALTH PROFESSIONALS GROUP, P.A.
F/K/A MEDICAL EDGE HEALTHCARE GROUP, Relator**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No.**

## ORDER

The Court has before it relator's petition for writ of mandamus. We request that real party in interest and respondent file any responses by September 30, 2013.

/s/     DAVID L. BRIDGES
        JUSTICE